IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CALVIN MICHAEL DUGAN,<br><br>Plaintiff,<br><br>vs.<br><br>KALA HADEN, Individual and Official capacity; LESLIE VANWINKLE, Individual and Official capacity; JESSICA ASPLIN, Individual and Official capacity; and RAVONNE FOSTER, Individual and Official capacity;<br><br>Defendants. | 8:25CV396<br><br>MEMORANDUM AND ORDER |

This matter is before the Court on a "Motion for Extension" (the "Motion to Extend"), filed by Plaintiff Calvin Michael Dugan ("Plaintiff"), Filing No. 12, seeking additional time to comply with this Court's September 16, 2025, Order to Show Cause requiring Plaintiff to show cause on or before October 16, 2025, why this matter should not be dismissed for failure to pay the initial partial filing fee of $0.23, Filing No. 11.  In support, Plaintiff alleges his failure to timely pay the initial partial filing fee is due to prison officials' failure to remit payment as requested by Plaintiff.  Filing No. 12.

Although Plaintiff does not state how much additional time he requires, upon consideration, Plaintiff's Motion to Extend shall be granted.

IT IS THEREFORE ORDERED that:

1.   Plaintiff's Motion to Extend, Filing No. 12, is granted.  Plaintiff shall have 30 additional days from the date of this Memorandum and Order—until **November 19, 2025**—to pay the initial partial filing fee of $0.23.

2.	The Clerk of Court shall terminate the response to show cause order case management deadline of October 16, 2025, and shall set the following pro se case management deadline using the following text: **November 19, 2025**: initial partial filing fee payment due.

3.	Plaintiff is reminded that to the extent he seeks additional time to comply with this order he must file a written motion with this Court explaining why additional time is needed before the deadline for compliance has passed.

Dated this 20th day of October, 2025.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court